## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| RICKY D. CARROLL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 4:09-cv-1502-CLS-TMP |
| | ) | |
| CHEROKEE COUNTY | ) | |
| SHERIFF'S OFFICE, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 2, 2010, recommending that the plaintiff's claims against defendants Cherokee County Sheriff's Office and Southern Health Partners, Inc. ("SHP") be dismissed. (Doc. no. 8.) It was further recommended that the plaintiff's medical claims against defendant Cindy Keasler be referred to the magistrate judge for further proceedings. *Id*. The plaintiff filed objections on April 7, 2010.  (Doc. no. 9.)

In his objections, the plaintiff argues that his claims against Defendants Cherokee County Sheriff's Office and SHP should not be dismissed.  However, the Sheriff's Office is not a legal entity subject to suit under 42 U.S.C. § 1983.  *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).  Moreover, the plaintiff cannot state a claim against Defendant SHP based on the concept of *respondeat superior*, and he

has failed to allege any facts in his complaint or objections to indicate that he suffered a constitutional deprivation due to a policy, practice, or custom of Defendant SHP as required to state a claim for relief. *See Berdin v. Duggan*, 701 F.2d 909, 914 (11th Cir. 1983).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action except his medical claims against defendant Cindy Keasler are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that the plaintiff's medical claims against Defendant Keasler are REFERRED to the magistrate judge for further proceedings.

An appropriate order will be entered.

DONE this 30th day of April, 2010.

_____
United States District Judge